John A. Eldred, Respondent, v. Iron Steamboat Company of New Jersey, Appellant.— Judgment unanimously affirmed, with costs.

Harriet T. Hadden, Respondent, v. United Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Mary K. Hoar, as Administratrix, etc., of Eliza D. Kerr, Deceased, Plaintiff, v. The Union Mutual Life Insurance Company, Defendant.— Judgment unanimously affirmed, with costs.

James Lumber Company, Appellant, v. Claremont E. Smith and George Dana Sessions, Respondents.— Judgment unanimously affirmed, with costs.

Joseph W. Klee, Respondent, v. The City of Troy, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of Harvey Steele, an Imprisoned Debtor, Respondent, to Be Discharged from Imprisonment. Marion Ross and Nancy Shea, Appellants.— Order unanimously affirmed, with costs. All concurred.

Edward McCabe, Appellant, v. Mary G. McCabe, as Executrix, etc., of Peter McCabe, Deceased, Respondent.— Judgment unanimously affirmed, with costs.

Sarah L. Mitchell, as Administratrix, etc., of Elias Mitchell, Deceased, Respondent, v. Pierce M. Many, Defendant, Impleaded with Myra G. Radeker, Appellant.— Order and judgment affirmed, with costs, without prejudice to the right of the defendant to make such application to the Special Term as to amending her answer as she may be advised. All concurred, except Smith, P. J., dissenting.

In the Matter of the Estate of William W. Utting, Deceased. Fred W. Utting, Respondent, v. George F. Tuttle, as Executor, etc., of William W. Utting, Deceased, and Others, Appellants.— Decree unanimously affirmed, with costs.

In the Matter of the Probate of the Last Will and Testament of Elizabeth T. Evans, Deceased. Charles P. Evans, Appellant; Robert Trimble, as Executor, etc., and Others, Respondents.— Decree unanimously affirmed, with costs.

Henry J. Ordway, Respondent, v. Milton S. Kistler, Appellant, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with usual leave to appellant to withdraw demurrer and answer upon payment of costs in this court and in the court below. All concurred.

The People of the State of New York, Respondent, v. Edward Stewart, Appellant.— Judgment of conviction affirmed. All concurred.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Appellant, v. Egburt E. Woodbury and Others, Constituting the State Board of Tax Commissioners, Respondents. The City of Buffalo, Intervenor, Respondent.— Order modified by excluding Austin street from the assessment, and as modified affirmed, without costs. All concurred.

The People of the State of New York ex rel. Charles Ingersoll, Relator,

v. Isaac E. Smith, as President, and Others, as Trustees of the Village of St. Johnsville, etc., and Union Mills.— Determination confirmed, with fifty dollars costs and disbursements. All concurred, except Howard, J., dissenting.

Harmon G. Peters, Respondent, v. Samuel Graubart, Appellant.— Judgment and order unanimously affirmed, with costs.